IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
TERESA LYNNE STAFFORD and     *
DONALD STAFFORD,              *
                              *
      Plaintiffs,             *
                              *
      v.                      *    CV 118-149
                              *
JACOB TEDDER; PROGRESSIVE     *
MOUNTAIN INSURANCE COMPANY;   *
and USAA CASUALTY INSURANCE   *
COMPANY,                      *
                              *
      Defendants.             *
```

## O R D E R

Before the Court is the Parties' stipulation of dismissal as to all parties and claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 36.) The Parties stipulate as follows:

1. The cross-claim filed by USAA Casualty Insurance Company ("USAA") against Jacob Tedder ("Tedder"), is **DISMISSED WITHOUT PREJUDICE**.

2. The cross-claim filed by Progressive Mountain Insurance Company ("Progressive") against Tedder is **DISMISSED WITHOUT PREJUDICE**.

3. Teresa Lynne and Donald Stafford's ("Plaintiffs") claims against USAA are **DISMISSED WITH PREJUDICE**.

4. Plaintiffs' claims against Progressive are **DISMISSED WITH PREJUDICE**.

5. Plaintiffs' claims against Tedder are **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

**ORDER ENTERED** at Augusta, Georgia this 24th day of January, 2020.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA